UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GABRIELLE PHILLIPS, : | | CIVIL ACTION NO: |
| Plaintiff : | | |
| : | | |
| v. : | | |
| : | | |
| TRANSOM SYMPHONY OPCO, LLC : | | |
| D/B/A BEAUTY QUEST GROUP : | | |
| Defendant : | | JULY 13, 2022 |
| : | | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Transom Symphony OpCo, LLC d/b/a Beauty Quest Group ("Defendant") respectfully states:

1. On or about June 13, 2022, an action was commenced against Defendant in the Superior Court for the Judicial District of Stamford, in the State of Connecticut, entitled Gabrielle Phillips v. Transom Symphony OpCo, LLC, bearing Docket No. FST-CV22-6057087-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders alleged to have been served upon Defendant's agent in said action on June 13, 2022 are annexed hereto as Exhibit 1.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. An Affidavit of David Faiman in support of this Petition is annexed hereto as Exhibit 2.

5. The Complaint alleges that at all times set forth in the Complaint, Plaintiff was a resident of Stamford, Connecticut. Therefore, upon information and belief, Plaintiff is a citizen of Connecticut for purposes of this diversity analysis.

6. Defendant, Transom Symphony OpCo, LLC d/b/a Beauty Quest Group, is a limited liability company formed under the laws of the State of Delaware. Aff. of Faiman. ¶ 3. Defendant has one sole member: Transom Symphony HoldCo, Inc., which is incorporated in the State of Delaware. Aff. of Faiman. ¶¶ 4-5. Transom Symphony HoldCo, Inc.'s principal place of business is located at 100 N. Pacific Coast Highway, Suite 1725, El Segundo, California 90245. Aff. of Faiman. ¶ 5. Thus, Defendant is a citizen of California and Delaware. *See Bayerische Landesbank v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 48 (2d Cir. 2012) ("For diversity purposes, a corporation is considered a citizen of the state in which it is incorporated and the state of its principal place of business" and "a limited liability company . . . takes the citizenship of each of its members.").

7. There are no other defendants in this case.

8. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9. Defendant's agent received the initial proceedings setting forth the claim for relief upon which this action is based on or about June 13, 2022. Therefore, this Petition for Removal is filed with this Court within thirty (30) days of Defendant's receipt of the initial process in this matter, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Stamford, be removed to this Court.

        DEFENDANT,
        TRANSOM SYMPHONY OPCO, LLC
        D/B/A BEAUTY QUEST GROUP

By: */s/ Jessica L. Murphy*
    David R. Golder (ct 27941)
    Jessica L. Murphy (ct 30942)
    david.golder@jacksonlewis.com
    jessica.murphy@jacksonlewis.com
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    P: (860) 522-0404
    F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on July 13, 2022, a copy of foregoing was served by electronic mail on the following counsel of record:

>Michael J. Reilly
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114
>mreilly@cicchielloesq.com


>>/s/ Jessica L. Murphy
>>Jessica L. Murphy